IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ENLITIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 1:23-cv-00607-DDD-SKC ) |
| JAMES MICHAEL CONYERS, | ) ) Judge: Hon. Daniel D. Domenico ) |
| Defendant. | ) |

**JOINT MOTION FOR ORDER GRANTING PRELIMINARY INJUNCTION AND PERMITTING EXPEDITED DISCOVERY**

Plaintiff Enlitic, Inc. ("Plaintiff" or "Enlitic" or the "Company") and Defendant James Michael Conyers ("Defendant" and, together with Plaintiff, the "Parties") hereby jointly move the Court for an Order Granting Preliminary Injunction pursuant to Fed. R. Civ. P. 65, and an Order Permitting Expedited Discovery under Fed. R. Civ. P. 26.

On March 10, 2023, this Court granted Plaintiff's *ex parte* request for a temporary restraining order and took under advisement Plaintiff's request for a preliminary injunction. Dkt. No. 14. The Court set a hearing for March 23, 2023, at which Defendant must show cause why a preliminary injunction should not issue. *Id*.

Counsel for the Parties met and conferred on March 13, 14, and 15, 2023. Defendant agreed to stipulate to a preliminary injunction on the same terms as the temporary restraining order. Defendant further agreed to consent to expedited discovery.

The Parties therefore request an order from the Court granting a preliminary injunction

enjoining Defendant, together with any officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with Defendant who receive actual notice of this Order by personal service or otherwise, from:

1.  Accessing, using, disclosing, sharing, or making available to any person or entity other than Plaintiff Enlitic, Inc., any of Enlitic's confidential, proprietary, or trade-secret documents, data, or information;

2.  Sending, transmitting, or otherwise transferring Enlitic's confidential, proprietary, or trade-secret information to any other person or entity;

3.  Altering, destroying, or disposing of any evidence including documents, communications, information, or other tangible or intangible things, in any form, relating to (i) Enlitic, (ii) the claims asserted by Enlitic in this action, (iii) Mr. Conyers's acquisition, use, transfer, or disposal of Enlitic's property, or (iv) Mr. Conyers's preparation to compete with, or competition with, Enlitic, that is stored in any form, including electronic data, files, applications, and source code, electronic communications such as emails, chats, and texts, devices, electronic media, cloud storage, documents, notebooks, and/or other materials; and

4.  Directly or through others, soliciting, inducing, encouraging, or participating in soliciting, inducing, or encouraging any person known to Mr. Conyers to be an employee, consultant, or independent contractor of Enlitic to terminate his or her relationship with Enlitic.

The Parties also jointly move for entry of an order from the Court permitting expedited discovery with the following terms:

1. Within 48 hours of this Order, Defendant must collect and surrender to Plaintiff all documents and things in his possession, custody, or control containing Plaintiff's confidential, proprietary, or trade-secret information and certify in writing under oath that he has done so after performing a diligent search;

2. Within 48 hours of this Order, Defendant must submit for forensic examination by a licensed forensic examiner (i) all computing devices (including computers, telephones, and tablets), (ii) storage devices (such as hard drives and thumb drives) and cloud-based storage accounts, (iii) email, text, or instant messaging accounts, and (iv) all cloud-based SaaS, applications, or storage accounts that Defendant or any agent of Defendant created or accessed to store or manipulate Plaintiff's confidential, proprietary, or trade-secret information or to prepare to compete with Plaintiff, and allow the permanent removal of any of Plaintiff's confidential, proprietary, or trade-secret information that is discovered therein;

3. Within 48 hours of this Order, Defendant must produce copies of all documents and communications relating to ReacticAI or any other business venture that Defendant worked on while still employed by Plaintiff; and

4. Defendant must appear for deposition within 14 days of the entry of this Order, or at a date and time agreed by counsel for the Parties.

Dated: March 15, 2023

COOLEY LLP

By: */s/ Orion Armon*
Orion Armon, Bar No. 34923
oarmon@cooley.com
Andrew D. Barr, Bar No. 49644
abarr@cooley.com

1144 15th Street, Suite 2300
Denver, CO  80202-2686
Telephone: +1 720 566 4000
Facsimile: +1 720 566 4099

*Attorneys for Plaintiff Enlitic, Inc.*

Dated: March 15, 2023

AKERMAN LLP

By: */s/ Thomas G. Pasternak*
Thomas G. Pasternak
(*pro hac vice application to be filed*)
Thomas.pasternak@akerman.com

71 South Wacker Drive, 47th Floor
Chicago, IL  60606
Telephone: +1 312 870-8019
Facsimile: +1 312 424-1900

*Attorneys for Defendant James Michael Conyers*